IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVE EMANUEL JONES,

    Plaintiff,

v.                                              CASE NO. 1:11-cv-69-MP-GRJ

ALACHUA COUNTY JAIL,

    Defendants
_____/

## REPORT AND RECOMMENDATION

    Plaintiff filed a complaint under 42 U.S.C. § 1983 on April 20, 2011. Doc. 1. Plaintiff failed to file service copies, a filing fee, or a motion to proceed as a pauper. On May 18, 2011, Plaintiff requested appointment of counsel. Doc. 3. This Court's Order of May 27, 2011 denied Plaintiff's request for counsel. In the same Order, the Court directed Plaintiff to either pay the $350.00 filing fee or move for leave to proceed as a pauper, on or before June 10, 2011. Doc. 4. Plaintiff has failed to comply with the Court's directive and has not paid the filing fee or moved to proceed as a pauper.

    Accordingly, for these reasons, it is respectfully **RECOMMENDED** that this cause should be **DISMISSED** for failure to prosecute and for failure to comply with a court order.

    At Gainesville, Florida, this 15th day of July, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**