IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVE EMANUEL JONES,

    Plaintiff,

v.                                                CASE NO. 1:11-cv-00069-MP-GRJ

ALACHUA COUNTY JAIL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, letter from Steve Emanuel Jones. Plaintiff requests that this case stay open for 45 days to allow him time to confer with counsel. Plaintiff states that he has contacted the Florida Bar and that they have appointed him an attorney. Plaintiff is directed to provide the Court with the name of the appointed attorney.

    **DONE AND ORDERED** this *22nd* day of July, 2011

                           *s/Maurice M. Paul*

                           Maurice M. Paul, Senior District Judge