IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVE EMANUEL JONES,

    Plaintiff,

v.                                                CASE NO. 1:11-cv-00069-MP-GRJ

ALACHUA COUNTY JAIL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that plaintiff's complaint, Doc. 1, be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 5, is ACCEPTED and incorporated herein.

    2.    Plaintiff's complaint, Doc. 1, is DISMISSED without prejudice.

    **DONE AND ORDERED** this *22nd* day of August, 2011

                                            *s/Maurice M. Paul*
                                     Maurice M. Paul, Senior District Judge